Matter of Weiss v Hudson (2024 NY Slip Op 04970)

Matter of Weiss v Hudson

2024 NY Slip Op 04970

Decided on October 9, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
LARA J. GENOVESI
CARL J. LANDICINO, JJ.

2022-09756

[*1]In the Matter of Patricia Weiss, etc., petitioner,
v
James Hudson, etc., et al., respondents. Patricia Weiss, Sag Harbor, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent James Hudson.
LaVelle Law & Associates, P.C., Patchogue, NY (William T. LaVelle pro se of counsel), for respondents John Busiello and William T. LaVelle.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of prohibition to prohibit the respondent James Hudson, an Acting Justice of the Supreme Court, Suffolk County, from issuing any further order imposing sanctions against the petitioner in an action entitled Whelan v Busiello , commenced in that court under Index No. 624896/19.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (Matter of Holtzman v Goldman , 71 NY2d 564, 569; see Matter of Rush v Mordue , 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The petitioner's remaining contentions are without merit.
DUFFY, J.P., CHRISTOPHER, GENOVESI and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court